IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MJ 25-65-BU-KLD |
| Plaintiff, | ORDER |
| vs. | |
| DANIEL ALAN VERBANEC, | |
| Defendant. | |

On November 18, 2025, Defendant Daniel Alan Verbanec appeared before the Court for his initial appearance on the Criminal Complaint filed against him. The Court advised Defendant of his rights with respect to the charges. Defendant waived his right to a preliminary hearing.

The United States requested that Defendant be detained pending his trial. Defendant did not seek release at this time but reserved his right to request a detention hearing at a later date. Therefore,

**IT IS HEREBY ORDERED** the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be

afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 18th day of November, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge